UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
| v. | Crim. No. 02-00693 (AET) |
| HENRY STEWARD | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (John E. Clabby, Assistant United States Attorney, appearing), in the presence of Andrea Bergman, Assistant Federal Public Defender, attorney for defendant Henry Steward, for an order pursuant to Title 18, United States Code, Section 3143(a)(1) and Federal Rule of Criminal Procedure 32.1(a)(6) to detain defendant Steward without bail pending a violation of supervised release hearing in the above-entitled matter:

IT IS, therefore, on this 5th day of August 2011,

ORDERED, pursuant to Title 18, United States Code, Section 3143(a)(1) and Federal Rule of Criminal Procedure 32.1(a)(6), that defendant Steward be committed to the custody of the Attorney General or his authorized representative pending a violation of supervised release hearing in the above-entitled matter; and it is further

ORDERED, that defendant Steward be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Steward shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Steward without bail pending a violation of supervised release hearing in the above-entitled matter is hereby granted, and defendant Steward is hereby ordered detained pending a violation of supervised release hearing in the above-entitled matter.

 S/DOUGLAS E. ARPERT
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge